1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

Michael W. Mitchell, Jr.,

Case No. 5:20-cv-00370-MCS-MAA

12

Petitioner,

13

v.

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

14

Warden J. Gasetllo,

15

Respondent.

16
17

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other

18

records on file herein, and the Report and Recommendation of the United States

19

Magistrate Judge.

20

The Court also has reviewed Petitioner's objections to the Report and

21

Recommendation, which the Court received and filed on June 24, 2020

22

("Objections"). (Objs., ECF No. 10.) As required by Federal Rule of Civil

23

Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the

24

Report and Recommendation to which Petitioner specifically has objected.

25

In his Objections, Petitioner reiterates his prior arguments that his claims rely

26

on new case law and that it would be unjust to dismiss the Petition as untimely

27

without reaching the merits. (Objs., at 1–5.) These arguments lack merit for the

28

reasons stated in the Report and Recommendation.  The Court finds no defect of law, fact, or logic in the Report and Recommendation.  The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge, and overrules the Objections.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted; and (2) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

DATED: October 5, 2020

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE